1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )    Criminal No. 09CR0710-JLS
                                           )
12                      Plaintiff,         )    **ORDER DENYING MOTION TO**
                                           )    **IMPOSE SENTENCE ON**
13                                         )    **SUPERVISED RELEASE**
    v.                                     )    **VIOLATION**
14                                         )
                                           )    **[ECF No. 670]**
15  DAVID RIVAS (6),                       )
                                           )
16                      Defendant.         )
                                           )
17  _____   )

18         On May 14, 2010, Defendant Rivas was sentenced by this Court to a term of imprisonment

19  of 157 months and a term of supervised release of 5 years.[1]  ECF No. 217.  On November 8, 2021,

20  this Court issued a warrant for violation of Defendant's supervised release based upon allegations

21  that Defendant failed to comply with drug testing requirements and committed new crimes.  ECF

22  No. 664.

23         Defendant Rivas is currently incarcerated in state custody at the George Bailey Detention

24  Facility in San Diego.  Defendant requests that this Court order him to be brought to this Court to

25  be sentenced on his supervised release violation.  The protections of *Morrissey v. Brewer*, 408 U.S.

26  471 (1972), however, are not triggered when a warrant is placed as a detainer at an institution where

27

28         [1]  Defendant's term of imprisonment was subsequently reduced to 150 months pursuant to 18
    U.S.C. § 2582(c)(2).  ECF No. 508.

1  the probationer is already in custody serving a sentence for a crime committed while on supervised

2  release.  *See e.g., Moody v. Dagget*, 429 U.S. 78 (1976).  Once the warrant is served and Defendant

3  is transferred to the jurisdiction of this Court, he will be afforded the opportunity for a prompt

4  hearing on the supervised release violation. Accordingly, Defendant's motion for sentencing on his

5  supervised release violation is **Denied** as premature.

6          **IT IS SO ORDERED**.

7

8  DATED: May 9, 2022

9                                                    Honorable Janis L. Sammartino
                                                     United States District Judge

10